Tuesday 7/26/2005

Clerk Peter Daileo,
US District Court



FILED
AUG 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

Mr. Daileo,
I'm Reopening Civil Case No. 04-CV-922 SLR. I need paper work from Ms. Robinson Reopening my Case, To show the Legal Assistants Because their Refusing to give me Any Legal materials without Paper work To Show I have An open Case.

Secondly, I need A List of All Cases Filed in your Court On my Behalf. Also I need A Certified Copy of Each Civil Complaint that was Filed, The originals!!

Thirdly I Am in Prison Falsely I was Falsely Arrested, Maliciously Prosecuted, Wrongly Convicted And I'm not Retarded, I have A 12.3 grade Equivalancy And I'm Not A Defendant, I'm A Plaintiff. And if Ms. Robinson Doesn't Correct My Filings To Reflect this I'm gonna petition she Be Recused From my Case And Another Judge Assigned to my Case.

I Also need A Order for use of a typewriter Because my middle finger of my writing hand is Broke Because staff Broke it By stomping on it "Saying you won't Be suing me you Dog"!

I asked For A X-Ray <s>copy</s> of it And was Refused — <s>I'm</s> in Isolation A Room By myself So A Type writer in my Cell isn't A Security issue to "Nobody" — So I'm Asking I Be given one to Do my legal work, (OR) in the Second have one put in the Law Cubicle up in Bldg 20 And I Be taken up there Every day From 9:00 – 11:00 AM to do my legal work.

My Case is <u>legitimate</u> and this <u>Experiment</u> you all are running on <u>me</u> and my mother, <u>we</u> aint taking As Funny And I'm really suing for <u>real</u>. <u>I</u> Aint doing this legal work for my <u>health</u> or Because I'm Bored — it's For<u>real</u>!!! And those <u>people</u> Are in trouble!!

My Action is (1983) —

Quit the B<u>ullsh</u>it
Steve Spence Confessed
He did it

Larry Collingwood Jr.
Del Cor Ctr
SBI A3980

And Kerr Owns the guns
He is the one who
Started the FRAME up
of Me. And I did <u>not</u> or Ask to
Plead Crazy. I was Threatened
By Howard Hillis, who had No Business slow
on my Case, Because Bill Nicholas Already
had me take a Lie test And Sodium Pentethal
test — I did Below here.

1181 Paddock Rd
Smyrna De 19977

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**  Lawrence R. Collingwood JR

**DEFENDANTS**  Stan Taylor ET. AL.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- G 1  U.S. Government Plaintiff
- G 2  U.S. Government Defendant
- **(G 3)  Federal Question** (U.S. Government Not a Party) [circled]
- G 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | G 1 | G 1 | Incorporated or Principal Place of Business In This State | G 4 | G 4 |
| Citizen of Another State | G 2 | G 2 | Incorporated and Principal Place of Business In Another State | G 5 | G 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| G 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | G 610 Agriculture | G 422 Appeal 28 USC 158 | G 400 State Reapportionment |
| G 120 Marine | G 310 Airplane | G 362 Personal Injury— Med. Malpractice | G 620 Other Food & Drug | | G 410 Antitrust |
| G 130 Miller Act | G 315 Airplane Product Liability | G 365 Personal Injury — Product Liability | G 625 Drug Related Seizure of Property 21 USC | G 423 Withdrawal 28 USC 157 | G 430 Banks and Banking |
| G 140 Negotiable Instrument | | | | | G 450 Commerce/ICC Rates/etc. |
| G 150 Recovery of Overpayment & Enforcement of Judgment | G 320 Assault, Libel & Slander | G 368 Asbestos Personal Injury Product Liability | G 630 Liquor Laws | PROPERTY RIGHTS | G 460 Deportation |
| G 151 Medicare Act | G 330 Federal Employers' Liability | | G 640 R.R. & Truck | G 820 Copyrights | G 470 Racketeer Influenced and Corrupt Organizations |
| G 152 Recovery of Defaulted Student Loans (Excl. Veterans) | G 340 Marine | PERSONAL PROPERTY | G 650 Airline Regs. | G 830 Patent | G 810 Selective Service |
| | G 345 Marine Product Liability | G 370 Other Fraud | G 660 Occupational Safety/Health | G 840 Trademark | G 850 Securities/Commodities/Exchange |
| G 153 Recovery of Overpayment of Veteran's Benefits | G 350 Motor Vehicle | G 371 Truth in Lending | G 690 Other | | G 875 Customer Challenge 12 USC 3410 |
| G 160 Stockholders' Suits | G 355 Motor Vehicle Product Liability | G 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | G 891 Agricultural Acts |
| G 190 Other Contract | | G 385 Property Damage Product Liability | G 710 Fair Labor Standards Act | G 861 HIA (1395ff) | G 892 Economic Stabilization Act |
| G 195 Contract Product Liability | (G) 360 Other Personal Injury [circled] | | | G 862 Black Lung (923) | G 893 Environmental Matters |
| | | | G 720 Labor/Mgmt. Relations | G 863 DIWC/DIWW (405(g)) | G 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | G 864 SSID Title XVI | G 895 Freedom of Information Act |
| | | | G 730 Labor/Mgmt. Reporting & Disclosure Act | G 865 RSI (405(g)) | |
| G 210 Land Condemnation | G 441 Voting | G 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | G 900 Appeal of Fee Determination Under Equal Access to Justice |
| G 220 Foreclosure | G 442 Employment | Habeas Corpus: | G 740 Railway Labor Act | | |
| G 230 Rent Lease & Ejectment | G 443 Housing/ Accommodations | G 530 General | G 790 Other Labor Litigation | G 870 Taxes (U.S. Plaintiff or Defendant) | G 950 Constitutionality of State Statutes |
| G 240 Torts to Land | G 444 Welfare | G 535 Death Penalty | | | |
| G 245 Tort Product Liability | G 440 Other Civil Rights | G 540 Mandamus & Other | G 791 Empl. Ret. Inc. Security Act | G 871 IRS—Third Party 26 USC 7609 | G 890 Other Statutory Actions |
| G 290 All Other Real Property | | G 550 Civil Rights | | | |
| | | G 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- G 1 Original Proceeding
- G 2 Removed from State Court
- G 3 Remanded from Appellate Court
- **(G 4) Reinstated or Reopened** [circled]
- G 5 Transferred from another district (specify)
- G 6 Multidistrict Litigation
- G 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 USC § 1983

**VII. REQUESTED IN COMPLAINT:**  G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____    CHECK YES only if demanded in complaint: JURY DEMAND: (G Yes) [circled]  G No

**VIII. RELATED CASE(S) IF ANY**  (See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

IM Larry "Ja" Collingwood
SBI# 193980  UNIT SHU 19D-L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE
PM 29 JUL 2005

U.S. POSTAGE PAID

Clerk
US District Court, LockBox 18
844 N. King Street
Wilm De
19801