IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LAWRENCE R. COLLINGWOOD, JR., )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civ. No. 04-922-SLR
                              )
STAN TAYLOR et al.,           )
                              )
        Defendants.           )

ORDER

At Wilmington this 15th day of August, 2005, having considered plaintiff's motion to reopen his case;

IT IS ORDERED that said motion (D.I. 13) is **granted**, subject to the following conditions:

1. Plaintiff shall complete and return the authorization form, attached hereto, by **September 30, 2005.**

2. FAILURE TO COMPLETE AND SUBMIT SUCH FORM BY SEPTEMBER 30, 2005 SHALL RESULT IN PLAINTIFF'S COMPLAINT BEING DISMISSED FOR THE SECOND TIME FOR FAILURE TO COMPLETE AND SUBMIT AN AUTHORIZATION FORM. (D.I. 7, 8, 10, 12)

3. Correspondence containing profanity will not be acted upon by the court.

_____
United States District Judge