IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LAWRENCE R. COLLINGWOOD, JR., )
)
      Plaintiff, )
)
      v. ) Civil Action No. 04-922-SLR
)
STAN TAYLOR, PAUL HOWARD, )
KATHY ENGLISH, ROBERT SNYDER, )
THOMAS CARROLL, LAWRENCE )
MCGUIGEN, ELIZABETH BURRIS, )
JOE HUDSON, JOHN DOE ONE, )
CHARLES CUNNINGHAM, MAJOR )
HOLMAN, JOSEPH BALLENGER, )
LARRY SAVAGE, MIKE WELCOME, )
PAUL HARVEY, BRIAN HUMPREYS, )
DARNELL SCOTT, LELAND SWANSON,)
ROBERT YOUNG, BRANDY WYNN, )
HAZZARD, BAYNARD, MCGEE, )
LLOYD, RAMON, JIM SIMMS, KEVIN)
HOFFECKER, CHAVON DOTTINS, RON)
DRAKE, LISE MERSON, JOHN DOE )
TWO, EMILY STEVENSON, CHARLES )
PORTER, MERRISSA MCFADDEN, )
TODD KRAMER, FRANCINE KOPUS, )
MIKE LITTLE, ED JOHNSON, MARIA)
TIMOTHY MARTIN, BRIAN ENGRAMS,)
and OSMAR SAMANDER, )
)
      Defendants. )

**AUTHORIZATION**

    I, Lawrence R. Collingwood, Jr., request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $8.24 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _August 26_, 2004.

    This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee

for the complaint is $150.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____

                                                Lawrence R. Collingwood, Jr.