My copy.

Copy sent to Jane Brady And Court on ___, 2005.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LAWRENCE R. COLLINGWOOD, JR.,  )
                               )
     Plaintiff,                )
                               )
     v.                        )  Civil Action No. 04-922-SLR
                               )
STAN TAYLOR, PAUL HOWARD,      )
KATHY ENGLISH, ROBERT SNYDER,  )
THOMAS CARROLL, LAWRENCE       )
MCGUIGEN, ELIZABETH BURRIS,    )
JOE HUDSON, JOHN DOE ONE,      )
CHARLES CUNNINGHAM, MAJOR      )
HOLMAN, JOSEPH BALLENGER,      )
LARRY SAVAGE, MIKE WELCOME,    )
PAUL HARVEY, BRIAN HUMPHREYS,  )
DARNELL SCOTT, LELAND SWANSON, )
ROBERT YOUNG, BRANDY WYNN,     )
HAZZARD, BAYNARD, MCGEE,       )
LLOYD, RAMON, JIM SIMMS, KEVIN )
HOFFECKER, CHAVON DOTTINS, RON )
DRAKE, LISE MERSON, JOHN DOE   )
TWO, EMILY STEVENSON, CHARLES  )
PORTER, MERRISSA MCFADDEN,     )
TODD KRAMER, FRANCINE KOPUS,   )
MIKE LITTLE, ED JOHNSON, MARIA )
TIMOTHY MARTIN, BRIAN ENGRAMS, )
and OSMAR SAMANDER,            )
                               )
     Defendants.               )

FILED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ms. Robinson,

I paid the initial fee on Sept. 8, 2004 Receipt # 136827-BG. My mom paid it so I need a Court Docket close up And I need This case to be moved on. Their holding me in SHU Since Dec 11, 2000 Due Process Violation. I'm Asking (1) You To Order My Release From Seg. To Be Moved To S-1 the Lifer Bldg Since I'm Currently Sentenced to Life, or to E-Bldg where I Always Been. (2) And An order For Brian Engrams to Send me Legal Materials To Litigate The Case, (3) Order To Stop the Limits And Sanctions on My Comisary Which is Descrimination So I Can purchase hygine Products And writin Supplies.

Thank You.

## AUTHORIZATION

I, Lawrence R. Collingwood, Jr., request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $8.24 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _August 26_, 2004.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee

Lawrence Collingwood Jr.
SBI 193980
DelCor CTR.
19D-L-12
1181 Paddock Rd
Sm___ DE 19977

for the complaint is $150.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: *August 19, 2005*

*Lawrence Robert Collingwood Jr.*
Lawrence R. Collingwood, Jr.

*I swear under penalty of perjury this is an actual copy from me. and is a meritourious Case !!!*

*I request the Court to expedite this Case forward to resolve these meritourios Complaints. and rectify the Human violations and unconstitutional Conditions I'm Being Subjected to.*

Larry Collingwood JR
SBI# 193980
DE. Cor. CTR.
(SHU) ADM. SEG.
Bldg 19D-L-12
1181 Paddock Rd
Smyrna DE
19977

US District Court
Clerk - Lock Box 18
844. N. King St.
Wilm DE 19801

LEGAL MAIL