*Sent on        , 2005*

*Jane Brady's Copy.*
*Attorney General*
*102 West Water Street*
*Dover De 19901*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE R. COLLINGWOOD, JR.,   )<br>                                 )<br>         Plaintiff,             )<br>                                 )<br>     v.                          )   Civil Action No. 04-922-SLR<br>                                 )<br>STAN TAYLOR, PAUL HOWARD,        )<br>KATHY ENGLISH, ROBERT SNYDER,    )<br>THOMAS CARROLL, LAWRENCE         )<br>MCGUIGEN, ELIZABETH BURRIS,      )<br>JOE HUDSON, JOHN DOE ONE,        )<br>CHARLES CUNNINGHAM, MAJOR        )<br>HOLMAN, JOSEPH BALLENGER,        )<br>LARRY SAVAGE, MIKE WELCOME,      )<br>PAUL HARVEY, BRIAN HUMPREYS,     )<br>DARNELL SCOTT, LELAND SWANSON,   )<br>ROBERT YOUNG, BRANDY WYNN,       )<br>HAZZARD, BAYNARD, MCGEE,         )<br>LLOYD, RAMON, JIM SIMMS, KEVIN   )<br>HOFFECKER, CHAVON DOTTINS, RON   )<br>DRAKE, LISE MERSON, JOHN DOE     )<br>TWO, EMILY STEVENSON, CHARLES    )<br>PORTER, MERRISSA MCFADDEN,       )<br>TODD KRAMER, FRANCINE KOPUS,     )<br>MIKE LITTLE, ED JOHNSON, MARIA   )<br>TIMOTHY MARTIN, BRIAN ENGRAMS,   )<br>and OSMAR SAMANDER,              )<br>                                 )<br>         Defendants.             ) |  |

**AUTHORIZATION**

I, Lawrence R. Collingwood, Jr., request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $8.24 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *August 26*, 2004.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee

for the complaint is $150.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: August 19, 2005

I sware under penalty of peejury this is an actual copy from me, and is a meritorious case!"

I request the court to expidite this case forward to resolve these case forward to resolve these meritorious complaints and Rectify the Human Violations and unconstitutinal Conditions Im Being Subjected to.

_Lawrence Robert Collingwood JR._
Lawrence R. Collingwood, Jr.

Ms Robinson - Also I want the Docket to Show the Cases I Filed All of them Against Charles Oberly ETAll (Ect) - And whats the Fee For A copy of Each??

_Lawrence R Collingwood JR._

Larry Collingwood JR
SBI# 193980
DE. Cor. Ctr.
(SHU) Adm. Seg.
Bldg 19 D-L-12
1181 Paddock Rd
Smyrna DE
19977

US District Court
Clerk - Lock Box 18
844. N. King St.
Wilm DE 19801

Legal Mail