AUG 16 2005

SHU LAW LIBRARY

No items Sent Mr Collingwood has not returned legal materials. (BE) 8/23/05.

Wensday 8/17/2005

Law Library (SHu) Assistant)

Mr. McKinnon Young —

I need you to Notorize A Paper, Forme, Also make

2 Copys, I have A Case Open in District Court

#04-CV-922. (SLR) * This Lawsuit includes Brian Engrum

Also I Need The Following?

<1> Copy of Case 594 A2d 502

<2> Copy of Case 758 A.2d 933

<3> 155 F.3d 800, 813 (8th cir 98)

<4> 213 F.3d 140, 143 (3Rd cir 2000)

Shepedize Each with US Supreme Court, 3rd Cir, and De, PA,

NJ. UIR IC. Cases Show History, is it Been over Turned

or Still Good Law.

I Need 1 Form Of Each. For District Court

Civil Cover Sheet,

Summons to     Address + Ph #

Sapena      for DEL STATE     Larry Collingwood JR.

Wonice      TREASURER.      193950

Service of Summons     SBI

                   19 D-L-12

IFP Application

And the Address + place # For     Who Do I write

US Supreme Court     For Access to my File?

3rd circuit     Send Table of Contents From

Gov. Printing Office     Self Help Lit. Manual

Columbia Human Rights Law Review     And Parton Seg.

                        And Classification

A Copy of The Del Freedom of Infor. Act 29     Chapter 100

(All) of it!

Copy of The Del Superior Court Rules Civil     3rd cit,

Del Superior Court Rules US Dist Court Rules     155 Supreme Court.

Larry Collingwood JR
SBI# 193980
DE. Cor. Ctr.
(SHU) ADM.SEg.
Bldg 19 D-L-12
1181 Paddock Rd
Smyrna DE
19977

US DISTRICT COURT
Clerk-Lock Box/8
844. N. King St.
Wilm DE 19801

LEGAL MAIL