IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Lawrence R. Collingwood Jr
         PLAINTIFF                    Civil Action CY-922 SLR

         V.
Stan Taylor et.al,



                                      Tuesday February 28, 2006

         SUBMISSION OF USM Form 285
              Service of Process


Clerk Peter. Dalleo,

    I Filed A Civil Lawsuit in this US District Court
Dealing with Civil And Human Rights Violations I Was And
still Am Being Subjected to within the Delaware States
Correctional System. I was Sent A Order that was
"Suppose" to Be from Federal Judge Sue. L. Robinson
Who "All" My Civil Lawsuits was Assigned to, it was
dated NOVEMBER 18, 2005  Stating Quote " I MUST
Fill out And Return 42 US MARSHALL FORMS 285
In order to have My Civil Lawsuit Served on All
the Defendants in this Case" Also this order
Stated They Must Be Filed By MARCH 18, 2006.
    I did not get the Forms / from Shu Law Library
Until Thursday FEBRUARY 9, 2006   which I have
A GRIEVANCE I Filed Signed By Brian Enyrams
Shu paralegal Stating Same. Call PH#(302) 653-920170
                                          Verify!
    I Filled out All 42 285 US MARShall Forms
to Comply to Judge ROBINSONS ORDER,

FEBRUARY 9, 2006 Thursday and I had to wait till Today
Tuesday, FEBRUARY 28, 2006 For Comisary to get A
12×15 Brown Size Envelope to mail them in,
And I Put in to the U.S. Mail on this Day
Tuesday February 28, 2006, this package to Be Sent
to my mother Lorraine Collingwood So
that she Can Forward Some to this Court.
* This is Being done BECAUSE THESE Same Things
I SUED For in This Court ARE Still
          Being Done To Me —
And this Court has not given Me "Any"
RelieF From these Illegal PRACTICES —
          And you ARE Collecting Money From
Me, And NOT INTERVEIGNING INTO my Case!

And As For using the US marshall Service
to Serve process of my Lawsuits which
ARE AGAINST
          The STATE OFFICIALS who
ARE Responsible For My illegal And
Wrongful Arest And Conviction That is
my Real Litigation in the Courts —
I Read the BACK of the Form And it Says
They do noT Mean All defendants will Be Served,
only the US And STATE ATTorney general.
          I SUED These STATE OFFICIALS
And VARIOUS PRIVATE Individuals
(Who Conspired With Them AS AN
ACTION TAKEN under Color of
     STATE Law) For My wrongful
. Conviction in the State Superior

Court in Kent County, At 38 the Green Device Die
in 1989 And I Am Factually And Legally
Innocent of The Murder of

Joesph T. Starette, And I did not
Participate in his Death,
or the Robbery That Took place At
his place of Employment Super Soda And Super
Spirits liquoes Located At 177 Old Camden
Road Camden De, on Monday, February 3, 1986
And in 1988 "I" passed Questioning under The
Drug Sodium Pentethol, Known As
Truth Serum which is As Best As
DNA As was Available in 1988

I Further Filed in this Court An "Original"
Lawsuit Under 42 USC 1983 From
Gander Hill Prison Known As MPCJF in
the year 1988 for my illegal And wrongful
Arest

your Court has Suppressed this Document,
I Filed within the 2 year Statute For A Personal
Injury Claim —

I Further filed Complaint Against Both My Attorneys
William Nicholas Who was hired By My Parents
And had me Take the Sodium Test, For
Failure to Sue And get me Released —
Legal Misrepresentation And Malpractice,
And Howard F. Hillis Who Judge William S. Lee
Appointed to My Case Which he had No Business
Even Involved in my Case —— As I had A
Lawyer, And Mr. Hillis would Not

Call my Employee Charles Akmentines who I worked
for At Deuce Siding Co Doing home
Remodeling, He Further Refused to Contact
Dawn Bowler who I was with on the
Night And time Mr. Storette was Shot And
Killed — instead Mr. Hillis Called Me
A "Half Breed" Because I'm of Seneca Indian
Heritage. He Further Called my "Mother"
White Trash, who has Been
Employed 30 plus years For the Telephone Co.
And Does Not Have No Criminal
Record —

        And Mr. Hillis Tried To Threaten Me
By Telling Me "I was A goddamn Lier"
When I Told him I was At Andy Kerrs
home At 248 gunning Bedford Road in Rodney
Village at the time Of this Crime,
        And He Told Me IF I did Not
Accept A 45 year Plea, I would Be
        Executed And my Test Didn't Matter
Because Steve Spence Confessed And Said I
Shot The man! I'm Telling you Steve Spence
"is A Career Criminal Not Me, And He
"Lied" on Me to get A 3 year Sentence his
Lawyer worked out with the D.A.
        I was working legally And I Further Can
Prove When "I" was Arested in Hawaii on
August 21, 1987 Exactly 18 months After
this Crime, And 14 months After Andy
Keres Arest who was Arested in June 19, 1986
After Detective Gary R Melvin had the FBI

Perform a Ballistic Test on Bullets Fires From a 357 Magnum hand gun Belonging to Andy Kerr Said "his" gun was the Murder Weapon, And on Thursday Feb 20th, 1986 at 5:14 pm Andy Told Detective Gary Melvin He threw The gun into Moores Lake ___

The Police took him to Moores Lake on Friday Feb 21, 1986 And had the Police Divers Search For it while Andy Directed Them To where he threw the gun at.

Further 3½ hours After the Crime Trooper Bruce Vongoores Stopped A Vehicle at The Crime Scence Driven By Kevin A. Marks And Andy Kerr was the Passenger.
* This Officers Crime Report Said Both Were Wearing Green Army Coats ___

* This is What The 3 Eye witnesses Told Police the Shooter had on ___

This Fact As well as the FBI Ballistic Test Results gave Police Legal Probable Cause For Andy Kerrs Arest, And He was Arested on June 19 1986.

After "his" Arest his Mother Sylvia England And Kevin Marks Were Recruiting People To go to the police And Make False Statements To them About Me, Trying To get Me Arested And Kevin And Andy Off the police Investigation.
* All These people had Been questioned Prior to Andys Arest And None had

Any Information on (WHO) Committed this Crime But Changed And Falsified, Statements on Me AFTer Andy's Arest which is Fraud"—

Further his Mother Sylvia Englans told them I had Bombs, guns, Dynamite, And that I Threatened to Kill Her, this was Also Fabricated And No Police Ever Found Any Bombs guns or Dynamite on Me or my property.

The Police Knew it was Lies they Knew I was Employed And I was Not Arested. After Andy had a Preliminary Hearing on July 11 and 14th of 1986. His Mother, Kevin Marks, And their Lawyer Joeseph Gabo, Put Together This plot To Pin the Murder on Me And They got Tyrone Fisher to go to Detective Melvin on January 9, 1987 And Falsify A Statement on Me Claiming Back in August of 1986 5 months prior, That I was at his house in Pickering Beach And that I Told him I Killed Joeseph Starrette, And That I Shot him with my Peice, My Shit, My gun! THis was Also A Lie, And Can Be Proven Because the Ballistic Test Done By the FBI Back in June 1986 Said the Murder Weapon was A 357 Magnum hand gun Belonging to Andy Keer —

IT WAS NOT MY gun! Second The fact Tyrone did not Tell this to police till Jan 9, 1987, Shows it was fabricated.

IF his FRIEND ANDY WAS IN PRISON SINCE June 19, 1986
AND I Told him I Killed Me. STARETTE, IN August
1986, HE WOULD of Called The police IN August

NOT WAIT Till JAN 1987, He lied!

✱ AND THIS is The INFORMATION DETECTIVE
GARY Melvin PUT ON The AFFidavit OF Probable
Cause He took to A MAGISTRATE Judge
TO have Me WRONGLY ARESTED ON August 21, 1987

DETECTIVE Melvin KNEW or Should OF Known
Tyrone Was lying Because Detective Melvin
Personaly Was the person Who Submitted the
9. Bullets TO the FBI TO get
the Ballistic Test Done.
AND ON JUNE 13, 1986 HE got the Results
BACK From The FBI AND He Knew "Since"
June 13, 1986 Whos gun Was the Murder
Weapon!
GARY Melvin IS Civilly Liable to Me FOR
My Wrongful Arest on August 21, 1987 Because
He Was the AFFIANT Who put this False
STATEMENT OF Tyrone Fisher ON The AFFidavit
OF Probable CAUSE AND Swore to it BeFore
A MAGISTRATE Judge, AND I Sued !!

FURTHER More Andy Keres Lawyer Joeseph GABy,
Comitted FRAUD And oTHer Crimes Clearly DeFined
IN My Civil Lawsuit Against him,
When Him AND ANDys MoTHer Sylvia England
STOOD out IN Society And Told Newspaper
Reporters Backin August 21, 22 1987
"Quote" " They got The RIGHT TWO" AND

That "Andy was An Innocent Dupe who lent his gun To his 2 Friends And didn't want to Be A Snitch," when Means Steve Spence were Arrested. August 21, 1987.
This was Also A lie !!

Steve Spence with his Lawyer Present James Ligouri Sat Down Voluntarily with Detective Melvin On September 5, 1987 And Steve gave up A 44 page Taped Interview where He "Confessed" And Claimed He was involved in this Crime, And That He was peeper Tester #2 who was Running from the Store Who Joe Starette was Chasing When He was Shot By peep #1 the Person Robbing the Soda Centre.

This Person was Described As 6' - 6' 2" 160-180 pounds. Wearing Blue Flannell Shirt, Green Army Coat.

* Steve Lied And Said this Person was Me. He Said it was Me Because he was Promised only to get A 3 year Sentence "IF" he Agreed to Say Means Andy Both did the crime with him, when Neither Me or Andy were involved! ( Steve was A Habitual Criminal )

According to his Criminal Record And own Admission to Both Police on Tape And on the Stand in Open Court At Superior Court 38 The green, in 2 Trials, State v Andy Kerr And State v Collingwoods.

WHAT CAREER Criminal Who Was involved in A Robbery That Resulted in the STARETTES Death, Would NOT "Jump on "Imunity" From Criminal Prosecution, Promised to him By A Prosecutor employed By the De state Attorney generals office OR A "3 year "deal" to Just "Go" in CourT And

Point Out Any Body they told him to, And Them Be Secure in the Knowledge The STATE officials Would Keep him "SAFE" in LITTLE Morris CorrecTional CenTer in Dover To Serve his "3 years" while "I" Be Sent To The Big House To Serve 45 years in Super Max?

  * I don't only Find These pracTices OF A ATTorney general (OR) A deputy ATTorney general To Be "CRAZY" And "BACKWARDS" When their Responsibility is To Prosecute "Criminal" Activity, NOT Condone or Engage in it, yet this is "Exactly" what Charles OBeal III, MJane Brady, James Rombo, did in their deal Making And Solicitation of False And Perjured Testimony To Secure A illegal And Wrongful Conviction Against Me.

And Then Bring ing in William George to Present this Perjured TestiMony in A illegal TRial in A Court of the United STaTes of America Where Our Country Was Founded on Our Constitutional ProTecTions Against Such Practices AS Citizens of the United States of America! This was not only A "Mocery" of what JusTice is. But A Waste of Tax Payers Money, And Their Actions clearly Define CRIMINAL Activity!!!!

And as a Federal Judge" your honor, this is Exactly what the United States Constitution Protect us From, "And" what the Law of "42 USC §1983" Ensures "And "Enforces" that the Courts and Judges such as yourself Protect our Rights as Citizens in a Free Society The United States of America!

And it Further is Enforcement Law Pursuant to 18 USC §242 To Prosecute These Same Individuals who

(1) Willfully

(2) Under Color of State Law

(3) deprived Me of my Rights Protected By the Constitution or Laws of the United States of America!

Further More our Justices in the United States Supreme Court who interpret And Lay down the Laws that guide All of us in our Daily Lives And Decisions in Some Form or Way, who Do "Care" About Laws of "Society" Clearly Ruled that A Person Does have Standing To Sue under 42 USC 1983 When his or her "Rights Are Violated By "Anyone" Clearly Shown To Be Performing such Activity Defined As an "Action Taken under Color of State Law" which is what was done to "Me".

And "I" Am Clearly, And Legally Entitled To Financial Compensation, As well as my unconditional Release From prison. And to have "My "Good" Name Cleared in the Press the Same way it was defamed And False Lighted 19 years Ago!!

Steve Sparke can only Decide his life, he does not
Dictate or Control "My life",
He is Responsible For His "decision" And "Choices"
in what He does with his life —
As I Am Responsible For My Future, And my life.

I have "Business Goals" I Am The Total "opposit"
Person of who was Put in Society Negativly,
And So is my Parents,
And I will, And I do And I Claim My Rights"
to Defend "Myself" Against
Evil And Jealous Attacks on me And my Familys Name,
And I had my Head "HIGH"
Everyday Because I Know I did Not Kill
"Joseph T. Storette Back on Monday Feb 3, 1986
And I "Believe" in the Courts, I was "Raised to do so,
And I Believe that All my "Relief" I
Seek will Be "granted" in This Court
By Judge
        Sue L. Robinson, And I'll Be home to
Help my Mother, in her Elder years.

Anyway, As Im stating, this is not my legal
Brief, or Argument Im Submitting to the court
I will Be Sending it (Soon) —
This is Solely to Send the 42 USMarshall 285
Forms As Judge Robinson So Instructed me to
    Do so! I Also will Be Serving Process
myself on (All) defendents in all of my Civil
Lawsuits Already filed As well As Not yet Filed
in this Court, Relating to my Wrongful
Conviction !

I've filed A Number of Lawsuits in your Court Pertaining to My Arest And Illegal Conviction which I Am Challeging. And I'm Being "Sidetracked" from that litigation having to deal with the "Conspiracy" in here. also stolen from my property was legal records, and discovery, I must re litigate. This is Rediculous!

Presuant to this filing to "you" I'm requesting you send me (1) Certified Copy Of :

1). A list of All Civil Actions I've filed in your Court. title And case Numbers.

2). a Receipt Showing you received $13.00 in the month of December 2005 towards my payment of $150.00 for "this" Civil Lawsuit. and a receipt to show the Balance I owe towards my Suit.

3). I asked for a "Jury trial" in "this" case and I'm requesting that Judge Robinson set a trial date on the Courts Calendee at the earliest time open for the Court. to expedite "this" Case.

(PS) If the U.S. Marshall does not serve process on each defendant. I will Be getting "SomeBody" to do it! MySELF!!

CC. PERSONAL

Respectfully Submitted,

Lawrence R. Colling wood Jr.
De. Correctional Center
Shu 17 D-Lower 10
1181 Paddock Road
Smyrna DE 19977

this was Signed by me this 1st day of March 2006
_____ (Notary Public)

CERTIFICATE OF SERVICE

I Lawrence Collingwood Jr Put into The United States mail At De. Correctional Center 1181 Paddock Road Smyrna De 19977 The 42 US Marshall Forms Ordered By Sue. L. Robinson To Be Filed By March 15, 2006 By Placing Same in The US Mail By giving My Package 1 12 x 15 Brown Envelope Addressed To The District Court To Correctional Officer Longobardi _____ on FRIDAY March 10th 2006, AT 1:30 pm _____ time. CASE# 922 SLR

Lawrence F Collingwood Jr.
S.B.I # A3780
DE. Correctional Center
17 D-Lower 10
1181 Paddock Road
Smyrna De 19977

CC. PERSONAL FILE