**RECEIVED**
JAN 17 2006
**SHU Law Library**

*denial of Legal Supplies*
JRCJR 1/21/06

GENERAL REQUEST FORM

BLD. # 17
Cell # D-Lower 10

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

[Keys] Search + Seizure 23, 40.1, Arest 63.5(8) 63.1, 68(4) 63.4(1)(2)(11), 65, Const Law 262, 252.5, 319.5(1) Crim Law 217, Cio Rights 1335, 1358, 1432, 1376(6)(2), 1088(1)(4) FED Courts 617, 504.1, Fed Civil Proc 2491.5 Ineed the Statute to invoke Jurisdiction in STATE Supreme Court, Also For Denovo Review, And Superior Court And District Court Fed? Jurisdiction, And U S Supreme Court Jurisdiction. Address + Phone # for WIDENER University. Address + ph For Family Court Dover. Dover, DE 400 Court St, Dover, DE 19901
1 - Copy of H.R. 5107 All of it —
1- Sample Motion Transcripts And Records Superior Court, DE Supreme And Fed. Court.

*Refused to give me Any of These Materials! 1/20/2006 JRC JR*

Name **Larry Collingwood Jr** S.B.I. **193980**   Date: **1/13/05**

Date Received: **1-17-06**   Pay-to Log # _____
Date Sent **1-20-06**   Staff Initials: **B.E.**

Staff Notes: Sent: Mot. Transc., (1) Address
No legal materials sent with this request.
No other legal materials sent with this request.

*compel of legal materials access to courts*

L.R.C. JR.  DATES were whited out
7/10/05                                    ✓              W/[?]
                                                          10-5-05

FORM #584

<u>GRIEVANCE FORM</u>

FACILITY: <u>Delaware Correctional Center</u>   DATE: _____

GRIEVANT'S NAME: <u>Larry Collingwood JR</u>   SBI#: <u>193980</u>

CASE #: <u>1839</u>   TIME OF INCIDENT: _____

HOUSING UNIT: <u>SHU 19 D-L-12</u>

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I'm not being given the legal materials "I'm" requesting from SHU Law Library — This has been a repeated pattern and practice by Brian Engrams —

ACTION REQUESTED BY GRIEVANT: I want a hearing on this problem to resolve it with Brian Engrams present and Supervisor Mike Little present, I want access to Torts: Restatement of the Law and 1983 Litigation by Martin Swartz — either access to the Books (or) have it downloaded off the website www.FindLaw.com

GRIEVANT'S SIGNATURE: <u>Larry Collingwood JR</u>   DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
JUL 0 5 2005
Inmate Grievance Office

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

<u>Intake Action</u>: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. \_\_\_\_\_Disciplinary Action  \_\_\_\_\_Parole Decision  \_\_\_\_\_Classification Action

✓

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

✓ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*Properly fillout grievance form*

R Vargas ← fraud  *Lise Merson Corporal is The Inmate Grievance Chairperson. This is a regular Correctional officer LRC gr. 7/10/05*

JUL 0 6 2005

Inmate Grievance Chairperson                                      Date

Form#: 584 (F&B)
(Reverse Revised July '99)

Still denyal
LRCGR 1/20/2006

Law Library

Tue 1/17/2006

Not given → Give me the Statute For Fed Question Jurisdiction
And
→ Civil Rights Jurisdiction For Fed Dist. Court.

RECEIVED
JAN 18 2006
SHU LAW LIBRARY

And Address + Telephone # For Attorneys

Not given → Joeseph. A. Gabay
Jame. E. Ligouri
→ John Grady
James Erasman

Address + Ph # For Aspen Publishers / West Publisher → Not Available (B.E.)

Superior Court House (Dover)
De. Supreme Court (Dover)

Superior Court
38 The Green
Dover, DE. 19901

Supreme Court
55 The Green
Dover, DE. 19901

Larry Cullingwood Jr.
SBI# 193980
17 D-Lower 10

Sent: (2) Addresses
All other addresses previously given to this inmate multiple times. (B.E.) 1-20-06




Westlaw.   SHU LAW LIBRARY

DE ST JP CIV Rule 3                                                           Page 1
The Rules of the Court of the Justices of the Peace, Rule 3

MICHIE'S DELAWARE CODE ANNOTATED RULES
RULES GOVERNING CIVIL PRACTICE IN THE JUSTICE OF THE PEACE COURT OF THE
STATE OF DELAWARE
II. COMMENCEMENT OF ACTION; SERVICE OF PROCESS; PLEADINGS; MOTIONS AND ORDERS.

Copyright © 1993-2004 by The State of Delaware and Matthew Bender & Company,

Inc., a member of the LexisNexis Group. All rights reserved

Current through November 10, 2005.

Rule 3. Commencement of action.

  (a) Commencement. A civil action is commenced by filing a complaint and praecipe with the Court in such form as the Court prescribes. Sufficient copies of the complaint shall be filed so that one copy can be served on each defendant. When an action is governed by a special statute, it shall be commenced in the manner prescribed by such statute.

  (b) Omitted.

  (c) Omitted.       *[handwritten: deleated By Brian Engrams  fRCgR 3/6/06]*

  (d) Omitted.

  (e) Deposit for costs. The clerk shall not file any paper or record or docket any proceeding, including any third party complaint, until the required deposit for costs and fees has been made in accordance with Civil Rule 77(h)(3) or the filer has been granted permission to file in forma pauperis pursuant to Rule 112.

  Cross references. -- As to date and return of writs commencing actions, see § 3101 of Title 10.

  As to payment of costs by nonresidents for issuance or execution of writs, see § 3102 of Title 10.

Justices of the Peace Civil Rule 3

DE ST JP CIV Rule 3

END OF DOCUMENT

*[handwritten annotations: "Manipulated"; "Disclaimer To Cover Fraud fRCgR 3/6/06"; "Send me A ORDER That I Be given Access To The ACTUAL legal Books to get A copy From NOT This INTERNET Bull!"]*

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.