Ms. Robinson,    CASE 922    March 10, 2006

I want return of receipt acknowledgement,
also how much I owe on this Case,
Pryment #1  8.
Prymnt #2  13.00
     #3  21.00

I want a Print out —
Secondly a Copy of all the Civil Cases I've filed
    in your Court Way Back from 1988.
how much must I Send you for A Certified Copy
    of Each Complaint I filed?
Its usually $1.00 A page
    how much do I owe?

Secondly set my Case for a Mediation meeting for the month of
"May", my Subpoenaes Are Next on the way —

* I'm Also Requesting An (ORDER)
Address to the De. Cor CTR
Legal STAFF To Give Me
Access To the Legal Books
For my information NOT From
WEST LAW which I Know is
NOT The Right Law! See Enclosure
The Bottom Says Thomas/West
        No Claim To Original
        US Govt. Works
This is what I'm Being given And
Their debating And Manipulating
The Real Law. I "Know" Better
You "Know" "I" Do — I have Const. Right To Adequate Law Library
    Bounds v Smith And Denyal of
    Such is 14th Amnd Violation

Sincerly
Lawrence R Collingwood Jr.
SBI# 193980
DE Correctional Center
17 Delaware
1181 Paddock Road
Smyrna DE 19977

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

1) getting my Taxes straightened out, (I got arrested in 1987 I haven't filed no type of form or claim since 1987).

2) I want a Copy of my Credit Report.

3) I have (6) Business plans I want to open, I know there is grant money available for Business Both government and private, I want help on getting the financial Capital to get my Businesses started as much as I can get on a grant (the rest on a loan if needed). also in Corporating my Businesses.

4) getting my health insurance up to par.

5) also putting together my investment portfolio and investing (I Collect Coins, and I'm pretty Educated in precious metals, and stocks, I need help in hooking everythy up legally), Broker ect.

6) Also on ~~getting~~ a ~~~~ from ~~~~ from ~~~~ or ~~~~. the ~~~~ ~~~~ over ~~~~ and ~~~~ Married ~~~~, her ~~~~.