OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 14, 2006

TO:   Lawrence Collingwood, Jr.
      SBI#193980
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

   RE:   *Request for Copywork;* 04-922(SLR)

Dear Mr. Collingwood:

   A letter has been received by the Clerk's office from you requesting copies of your cases in District Court. Enclosed please find the docket sheets for all your cases in District Court. Please indicate which document item numbers you are requesting.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. In addition to the copywork fee, a fee of $9.00 is charged for certified copies. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/bad                                      PETER T. DALLEO
                                          CLERK

cc:   The Honorable Sue L. Robinson
enc: Docket Sheets