OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 14, 2006

TO: Lawrence Collingwood, Jr.
SBI#193980
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civil Action #04-922(SLR)*

Dear Mr. Collingwood:

The Court is in receipt of your packet containing USM 285 forms pursuant to the Court's Memorandum Order dated November 18, 2005 (DI 18). These materials are being returned to you to correct errors on the USM 285 forms. Specifically, you list Lorraine Collingwood as the requester of service of process. Because you are the plaintiff in this case, your name and address information must be filled out in this box. Kindly complete new USM 285 forms accordingly.

Also, you will need to provide a USM 285 form for the Attorney General of the State of Delaware, 820 North French Street, Wilmington, DE 19801 consistent with the Memorandum Order dated November 18, 2005 (DI 18).

With respect to the USM 285 form issued to Mike McCreanor (Captain), this individual is not named as a defendant in your complaint and it is not clear whether you mean to replace him as John Doe II. Although you specifically identify John Doe I as Thomas Seacord, this indication is not present on McCreanor's USM 285 form. Please clarify this in your return packet.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

    Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders once we have received the corrected USM 285 forms. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/bad                                       PETER T. DALLEO
                                            CLERK

cc:  The Honorable Sue L. Robinson
enc: USM 285 forms