United States District Court
District of Delaware
844. N. King Street
Wilmington, De. 19801

Tuesday May 9, 2006
04-922 (SLR)

Clerk Peter Dalleo,

Re: Cases I Filed in this Court:

Mr. Dalleo,

I've wrote up to this court more than 1 time and this is getting past ridiculous. I am in prison for a crime I did not do, and your court is totally disrespecting "me" and "my education" first off the real cases you closed on me and you're taking my money on a prison issue case that is not the claim I am litigating. "I'm" Being Rob3ed And Judge Sue Robinson she already seen the files and you also took $21.00 from me dated 5,4,2006 Case# 1-04-cv922 SLR $21.00 how much do I owe on this case? I want you to send me the receipt showing how much I owe!

Also if you are not gonna give me my trial I specifically asked for then I am gonna go into the federal claims court.

I want 1 copy of Each case I filed in your court, and the status of each case —

how much is it for 1 certified copy of each complaint I filed signed and certified By the prothonotary?

Also I want a copy of your Courts actual Rules and your Court fees the fees to file a lawsuit (today) also the other ones I filed that were closed how much do I need to pay on them to reopen them too?

\* Send me a new Receipt with the Balance I owe on the cases.

Lawrence R. Collingwood Jr.
Del. Correctional Center
17 D-lower 10
1181 Paddock Road
Smyrna De 19977

I/M Larry "Jr" Collingwood
SBI# 193980   UNIT 17 D-lower 10
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk Peter Dalleo
United States District Court
844 N. King Street Lockbox 18
Wilmington DE
19801

Legal Mail: