CLERK PETER DALLEO,
U.S. DISTRICT COURT (DELAWARE) lockBox18
844 NORTH KING STREET                    Tuesday May 9, 2006
Wilmington DE 19801

04-922 (SLR)

MR. DALLEO,

I Received A Receipt Number 143323 where you took #21.00
Out of my inmate account For Partial Payment Towards
my Civil Lawsuit # 1-04-922 SLR.

I want to know Exactly How Much Total I have to
pay on This Lawsuit And Exactly How Many withdrawals
you have Taken out on This Case, And The specific Amounts
And I want my Receipts to Show not only how much
you deducted But how much Balance is left to pay!
Also I want to purchase 1 Certified Copy of the
Actual Civil Suit I Filed, not an Electronic Cover Sheet,
The Actual Complaint I Filed How Many pages is it, And
How Much is it? I want it Certified with the State
Seal, And Signed By the Prothonotary As An
Authentic Copy of The Original Complaint.

Sincerly And Truly,

cc. 5 personal                 Lawrence R Collingwood Jr

                              LAWRENCE. R. Collingwood Jr

                              S#193980       (PRO-SE)
                              DE. Correctional Center.
                              SHU17 D-Lower 10
                              1181 Paddock Road
                              Smyrna, DE 19977

FILED

MAY 16 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

I/M Larey "JR" Collingwood

SBI# 193980    UNIT 17 D-Lowerlo

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977



$ 00.39⁰
MAY 15 2006
MAILED FROM ZIPCODE 19977

02 1A
0004608975

Clerk Peter. T. Dalleo

U.S. District Court LockBox18

844. N King Street

Wilmington DE

19801

19801143519-99 C012

LEGAL MAIL