OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 23, 2006

Lawrence R. Collingwood, Jr.
SBI# 193980
DCC
Smyrna, DE 19977

> **RE: *Response to Inquiry Regarding* Payment of Filing Fees in CA 04-922 SLR**

Dear Mr. Collingwood:

    This is a response to your inquiry to the Clerk of Court dated 5/9/06.

    Please be advised that the Court's records indicate payments made in this civil action total $63.24 to date. The assessed filing fee is $150.00, therefore the balance is currently $86.76 as reflected on the **attached** copy of the Court's ledger.

    While we do not provide balance statements with each payment made, you should be able to maintain your own record of payments made from your trust account. In the event of a discrepancy, we will provide further copies of supporting ledgers. I trust that this letter fully addresses your concerns in this matter.

    A certified copy of your actual complaint (Docket Item #2, CA 04-922 SLR) will cost $9.00 for the certification seal of the Court, and $17.00 for copies (34 pages at $.50 per page). Please make your check or money order for $26.00 payable to Clerk, U.S. District Court.

Sincerely,

BY: *[signature]*
Deputy Clerk

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson, CA 04-922 SLR
    Financial Administrator

COLLINGWOOD V. TAYLOR

CA 04-922
CASE #1

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 8/26/2004 | | | | 150 |
| 9/8/2004 | 5100PL | 136827 | 8.24 | 141.76 |
| 11/22/2004 | PER SLR | | 141.76 | 0 |
| 12/9/2004 | PER SLR | | -141.76 | 141.76 |
| 2/22/2005 | PER SLR | | 141.76 | 0 |
| 8/15/2005 | REOPN | | | 141.76 |
| 1/5/2006 | 5100PL | 141738 | 13 | 128.76 |
| 1/20/2006 | 5100PL | 141987 | 21 | 107.76 |
| 5/4/2006 | 5100PL | 143323 | 21 | 86.76 |

(25)

Clerk Peter Dalleo,
U.S. District Court (Delaware) Lockbox 18
844 North King Street
Wilmington DE 19801

Tuesday May 9, 2006

04-922 (SLR)

Mr. Dalleo,

I received a receipt number 143323 where you took $21.00 out of my inmate account for partial payment towards my civil lawsuit # 1-04-922 SLR.

I want to know exactly how much total I have to pay on this lawsuit and exactly how many withdrawals you have taken out on this case, and the specific amounts and I want my receipts to show not only how much you deducted but how much balance is left to pay.

Also I want to purchase 1 certified copy of the actual civil suit I filed, not an electronic cover sheet, the actual complaint I filed how many pages is it, and how much is it? I want it certified with the state seal, and signed by the prothonotary as an authentic copy of the original complaint.

Sincerely and Truly,
Lawrence R. Collingwood Jr
Lawrence. R. Collingwood Jr

cc: 5 personal

cc: Finance

SBI# 193980    (PRO-SE)
DE. Correctional Center
SHU 17 D-Lower 10
1181 Paddock Road
Smyrna, DE 19977

FILED
MAY 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00922-SLR
### Internal Use Only

Collingwood v. Taylor, et al
Assigned to: Honorable Sue L. Robinson
Demand: $0
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/04/2004
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Lawrence Collingwood, Jr.**     represented by **Lawrence Collingwood, Jr.**
#193980
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Defendant**

**Stan Taylor**

**Defendant**

**Paul Howard**

**Defendant**

**DOC Kathy English**

**Defendant**

**Robert Snyder**

**Defendant**

**Thomas Carroll**

**Defendant**

**Lawrence McGuigen**

**Defendant**

**Elizabeth Burris**

**Defendant**

**Joe Hudson**

**Defendant**

John Doe One

**Defendant**

Charles Cunningham

**Defendant**

Major Holman

**Defendant**

Joeseph Ballenger

**Defendant**

Larry Savage

**Defendant**

Lt. Mike Welcome

**Defendant**

Paul Harvey

**Defendant**

Brian Humpreys

**Defendant**

Darnell Scott

**Defendant**

Leland Swanson

**Defendant**

Robert Young

**Defendant**

Brandywynn

**Defendant**

Baynard

**Defendant**

NMN McGee

**Defendant**

NMN Lloyd

**Defendant**

NMN Ramon

**Defendant**

Jim Simms

**Defendant**

Kevin Hoffecker

**Defendant**

Chavon Dottins

**Defendant**

Ron Drake

**Defendant**

IGC Lise Merson

**Defendant**

John Doe Two

**Defendant**

Emily Stevenson

**Defendant**

Charles Porter

**Defendant**

Merrissa McFadden

**Defendant**

Todd Kramer

**Defendant**

Francine Kopus

**Defendant**

Mike Little

**Defendant**

Ed Johnson

**Defendant**

NMN Maria

**Defendant**

Timothy Martin

**Defendant**

Brian Engrams

<u>**Defendant**</u>

Osmar Samander

<u>**Defendant**</u>

Hazzard

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2004 | 1 | MOTION by Lawrence Collingwood Jr. to Proceed in Forma Pauperis re: [1-1] motion (els) (Entered: 08/05/2004) |
| 08/04/2004 | 2 | COMPLAINT filed. (els) (Entered: 08/05/2004) |
| 08/04/2004 | 3 | MEMORANDUM OF LAW by Lawrence Collingwood Jr. in support of Plaintiff's Motion for the Appointment of Counsel (els) (Entered: 08/05/2004) |
| 08/04/2004 | 4 | AFFIDAVIT by Lawrence Collingwood Jr. Re: [3-1] support of Plaintiff's Motion for Appointment of Counsel (els) (Entered: 08/05/2004) |
| 08/04/2004 | 5 | Plaintiff's Request for Production of Documents by Lawrence Collingwood Jr. (els) (Entered: 08/05/2004) |
| 08/11/2004 | 6 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 08/11/2004) |
| 08/26/2004 | 7 | ORDER granting [1-1] motion to Proceed in Forma Pauperis and assessing $150.00 filing fee. An initial partial filing fee of $8.24 shall be required. Pltf shall return the attached payment authorization w/in 30 days. Failure to return payment authorization shall result in dismissal of action w/out prejudice. Set Notice of Compliance deadline to 9/27/04 for Lawrence Collingwood Jr. ( signed by Judge Sue L. Robinson ) copy to: Pltf w/Mag. Consent form (fmt) (Entered: 08/27/2004) |
| 08/26/2004 | | FILING FEE $ 150.00 assessed. (fmt) (Entered: 08/27/2004) |
| 09/08/2004 | | FILING FEE $ 8.24 RECEIPT # 136827 paid by Lawrence Collingwood Jr. (cc: Prison Business Office) (rbe) (Entered: 09/08/2004) |
| 11/02/2004 | 8 | ORDER; to date, the authorization form has not been received from the pltf.; pltf's complaint is DISMISSED WITHOUT PREJUDICE; pltf. is not required to pay the balance of $150.00 filing fee ( signed by Judge Sue L. Robinson ) copies to: pltf. (fmt) (Entered: 11/02/2004) |
| 11/02/2004 | | Case closed (rld) (Entered: 11/02/2004) |
| 11/02/2004 | | Balance of Civil debt removed $ 141.76 by Judge Sue L. Robinson (rbe) (Entered: 11/03/2004) |
| 11/15/2004 | 9 | Letter MOTION by Lawrence Collingwood Jr. for Reconsideration of [8-1] order re: [9-1] motion (fmt) (Entered: 11/24/2004) |
| | | |

| | | |
|---|---|---|
| 11/15/2004 | | Case reopened (fmt) (Entered: 11/24/2004) |
| 12/09/2004 | 10 | ORDER granting [9-1] motion for Reconsideration of [8-1] order; An initial partial filing fee of $8.24 shall be required. Pltf shall return the attached payment authorization w/in 30 days. Failure to return payment authorization shall result in dismissal of action w/out prejudice. Set Notice of Compliance deadline to 1/8/05 for Lawrence Collingwood Jr. ( signed by Judge Sue L. Robinson ) copy to: Pltf (fmt) (Entered: 12/13/2004) |
| 12/09/2004 | | FILING FEE $ 150.00 assessed. (fmt) (Entered: 12/13/2004) |
| 12/29/2004 | 11 | Letter to Judge Robinson from L. Collingwood, Jr. re case status and plans to retain an attorney (fmt) (Entered: 01/07/2005) |
| 02/03/2005 | | **Terminated deadlines (rld) (Entered: 02/03/2005) |
| 02/22/2005 | 12 | ORDER dismissing complaint without prejudice; authorization form has not been received from pltf. Plaintiff is not required to pay any previously assessed fees or the $150.00 filing fee. (Copy to pltf). Signed by Judge Sue L. Robinson on 2/22/05. (fmt, ) (Entered: 02/23/2005) |
| 02/28/2005 | | CASE CLOSED (rld, ) (Entered: 02/28/2005) |
| 08/01/2005 | 13 | MOTION to Reopen Case - filed by Lawrence Collingwood, Jr. (fmt, ) (Entered: 08/10/2005) |
| 08/01/2005 | | ***Case Reopened (fmt, ) (Entered: 08/10/2005) |
| 08/15/2005 | 14 | ORDER granting Motion to reopen case. Plaintiff shall return the attached payment authorization by 9/30/05. Failure to return payment authorization shall result in dismissal of action without prejudice. Notice of Compliance deadline set for 9/30/2005. Correspondence containing profanity will not be acted upon by the court. Signed by Judge Sue L. Robinson on 8/15/05. (Attachments: # 1 Authorization)(rld, ) (Entered: 08/15/2005) |
| 08/30/2005 | 15 | Authorization by Lawrence Collingwood, Jr requesting Prison Business Office to disburse payments to the Clerk of the Court with notation re: release from seg. and request for legal materials (copy of assessment order and authorization to Prison Business Office) (fmt, ) (Entered: 09/01/2005) |
| 08/30/2005 | 16 | Authorization by Lawrence Collingwood, Jr requesting Prison Business Office to disburse payments to the Clerk of the Court with notation re: case (copy of assessment order and authorization to Prison Business Office) (fmt, ) (Entered: 09/01/2005) |
| 08/30/2005 | 17 | Copy of Letter to Law Library from L. Collingwood, Jr. requesting legal materials. (fmt, ) (Entered: 09/01/2005) |
| 11/18/2005 | 18 | MEMORANDUM ORDER, plaintiff shall return to Clerk original USM 285 form(s) for all defendants and for the Attorney General of the State of DE. Upon receipt, the U.S. Marshal shall serve process as directed by |

| | | |
|---|---|---|
| | | plaintiff. (Copy to pltf.). Signed by Judge Sue L. Robinson on 11/18/05. (fmt, ) (Entered: 11/18/2005) |
| 01/05/2006 | | Partial Filing Fee Received from Lawrence Collingwood, Jr: $ 13.00, receipt number 141738 (copy to business office) (bad, ) (Entered: 01/09/2006) |
| 01/20/2006 | | Partial Filing Fee Received from Lawrence Collingwood, Jr: $ 21.00, receipt number 141987 (copy to business office) (rbe, ) (Entered: 01/23/2006) |
| 03/13/2006 | 19 | Letter to Clerk from Lawrence R. Collingwood, Jr. regarding Submission of USM Form 285 Service of Process. (Attachments: # 1 Exhibits)(fmt, ) (Entered: 03/14/2006) |
| 03/13/2006 | 20 | Letter to Judge Robinson from Lawrence R. Collingwood, Jr. regarding copywork. (fmt, ) (Entered: 03/14/2006) |
| 03/14/2006 | 21 | Letter to Lawrence Collingwood, Jr. from Clerk regarding request for copywork - re 20 Letter. (fmt, ) (Entered: 03/15/2006) |
| 03/14/2006 | 22 | Letter to Lawrence Collingwood, Jr. from Clerk regarding U.S. Marshal 285 forms; USM 285 forms returned to correct errors. (fmt, ) Modified on 3/15/2006 (fmt, ). (Entered: 03/15/2006) |
| 04/24/2006 | 23 | SEALED Letter to Clerk from Larry Collingwood, Jr. regarding case; requesting that the court close all cases until he gets legal help; will reopen cases and pay in full at that time (fmt, ) (Entered: 04/26/2006) |
| 05/04/2006 | | Partial Filing Fee Received from Lawrence Collingwood, Jr: $ 21.00, receipt number 143323 (copy to business office) (rbe, ) (Entered: 05/05/2006) |
| 05/12/2006 | 24 | Letter to Clerk from Lawrence Collingwood, Jr. requesting account balance on 04-922-SLR; requesting copywork and status of each case filed. (fmt, ) Modified on 5/18/2006 (fmt, ). (Entered: 05/18/2006) |
| 05/15/2006 | | CASE CLOSED per filing of D.I. 23 (rld, ) Modified on 5/15/2006 (rld, ). (Entered: 05/15/2006) |
| 05/16/2006 | 25 | Letter to Clerk from Lawrence Collingwood, Jr. requesting account balance; requesting price quote for copywork. (fmt, ) (Entered: 05/18/2006) |