IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE R. COLLINGWOOD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                        ) | Civ. No. 04-922-SLR |
| ) | |
| STAN TAYLOR et al.,         ) | |
| ) | |
| Defendants.          ) | |

O R D E R

At Wilmington this 31st day of May, 2006, having considered plaintiff's request to cease payment of his filing fee (D.I. 23, 24, 25);

IT IS ORDERED that said request is **granted** and plaintiff is **not** required to pay the filing fee balance of $86.76.

IT IS FURTHER ORDERED that plaintiff is prohibited from reopening this action for the reasons that follow:

1. On August 4, 2004, plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee. (D.I. 2) He was granted in forma pauperis, assessed a $150 filing fee and ordered to submit a payment authorization form. (D.I. 7) On November 2, 2004, the court dismissed without prejudice plaintiff's complaint because he failed to complete and return the payment authorization form. (D.I. 7, 8)

2. On December 9, 2004, plaintiff's request for reconsideration was granted, his case was reopened and a filing

fee assessment of $150 was entered. (D.I. 10) Plaintiff was directed to return the payment authorization and admonished that failure to do so would result in dismissal of this action, without prejudice. Because plaintiff did not submit the authorization form, his complaint was dismissed on February 22, 2005. (D.I. 12)

3. On August 15, 2005, the court granted plaintiff's request to reopen his case and ordered him to submit his payment authorization form. On August 30, 2005, plaintiff submitted his authorization form. (D.I. 15, 16) Service of the complaint was ordered on November 18, 2005. (D.I. 18)

4. On April 24, 2006, plaintiff wrote the court requesting that his case be closed and that no additional filing assessments be made. (D.I. 23) Accordingly, the case was closed for a third time on May 15, 2006.

United States District Judge