04-922 (SLR)

Clerk Peter Dalleo,
United States District Court.
Lock Box 18
844, North King Street
Wilmington, De. 19801

Tuesday 6/6/06

FILED
JUN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
☒ scanned

RE: All cases I filed in this Court.

Mr. Dalleo,

~~I'm~~ in prison for a crime I did not do,
and I was really __wrongly convicted__.
~~I~~ want a list of __all__ the civil cases I filed
the Habeas Corpus,
the 1983 Lawsuit __Collingwood v Oberly et al.__
the other lawsuits I filed
and __Collingwood__ vs __Stan Taylor et al.__

~~I~~ got a electronic memo saying my last suit
was dismissed, look, I already paid $80.00
towards it and __I__ am not dismissing or
Resolving "__anything__" except through a Pretrial
Conference and if the defendants settle
with me to a monetary settled and terms
I accept I'll resolve these lawsuits if not
I am going to trial. I have a Constitutional
right to a Jury trial under the __7th amendment__
I also have a 1st amendment __right__ to petition
for Redress of grievances and a __14th amendment__
right to equal treatment of the laws as a
naturalized Born U.S. Citizen. I am quite
aware of this plot and Conspiracy to
Commit fraud and the __internal__ Cover up of
my assaults and __wrongful Conviction__

the facts are "my money" is Being deducted

21.7

out of my prison account and my filings are not
even reaching the Courts, the letters, the
documents I get are all Being internally
created and fraudulated. down to the Signature of Sue. L. Robinson.
(AKA) TRACi Johnson.
   I've got original records of all the facts
locked away in 3 seperate states and you
all will not get away with the fraud.
and Cover up of my wrongful Conviction !

* this is also other people Counter fitting my
writing and signature! And Brian
Engrams will not NoToRize my pleadings
as I want for Authitication purposes.

   I'm reopening all my Cases Soon as I obtain
legal assistance, you don't have the
legal Authority to Dismiss my Cases I
demanded a JUey trial on and Anything
to the Contrary is a Comunist agenda!

send me a list and cost of all the Cases I filed
and how much it will cost for a
Certified Copy of the originals as I filed them!

                              Sincerly,

                              Lawrence. R. Collingwood Jr
                              _____
                              Lawrence. R. Collingwood JR
                              SBI# 193980
                              DE CorrecTionAl CenTER
                              SHu Building 17 D-lower 10
                              SmyRNA   DE 19977.

CC. 3 Copies .

                              <2.7

UNITED STATES POSTAGE

$ 00.39⁰
PITNEY BOWES
02 1A          JUN 12 2006
0004608975
MAILED FROM ZIP CODE 19977

Clerk
United States District Court
Lock Box 18
844, North King Street
Wilmington, DE. 19801

U.S.D.C.

Larry "JR" Collingwood
DE. Correctional Center
17 D-Lower #10
Smyrna DE. 19977