OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 4, 2007

TO:   Lawrence Collingwood, Jr.
      SBI #193980
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

*RE:   Return of Documents Received on 11/29/07; 04-922(SLR)*

Dear Mr. Collingwood:

Please be advised that the enclosed documents are being returned to you. Per the Order dated 5/31/06 (DI 27), you are prohibited from reopening this action for reasons stated in the Order. A copy of the Order has been enclosed for your records.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:  The Honorable Sue L. Robinson
enc: Returned Documents Received on 11/29/07
     Court (DI 27)